**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jenny LaBash, et al.
         Plaintiff,

v.                  Case No.: 1:23−cv−01363
                 Honorable Martha M. Pacold

James L. Henderson, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, October 15, 2023:

  MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the joint status report [48]. The parties are directed to file a joint status report by 11/20/2023 updating the court on the status of settlement unless a stipulation of dismissal is filed before then. For docket management purposes only, the court strikes plaintiffs' motion for preliminary injunction [14] without prejudice should settlement not be finalized. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.